UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBBIE LYNN ASBURY,

    Plaintiff,

vs.                                                   Case No. 3:17-cv-873-J-32PDB

ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## **ORDER**

This case is before the Court on plaintiff's appeal of an administrative decision denying her claim for disability insurance benefits under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record and, upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 23) recommending that the Commissioner's decision be affirmed. Plaintiff did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 23) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is hereby **AFFIRMED**.

3. The Clerk is hereby directed to enter judgment in favor of the Commissioner and **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of August, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

counsel of record